IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DYLAN LOPEZ CONTRERAS, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> LEONARD ODDO, *in his official capacity* ) <br> *as Warden of Moshannon Valley Processing* ) <br> *Center, et al.*, ) <br> ) <br> Respondents. ) | Civil Action No. 3:25-cv-162 <br> Judge Stephanie L. Haines |

## ORDER OF COURT

AND NOW, this 2nd day of June, 2025, IT IS HEREBY ORDERED that, for the reasons discussed during the Status Conference held on June 2, 2025, at 3:00 PM, Petitioner Dylan Lopez Contreras's Motion for a Temporary Restraining Order at ECF No. 7 is DENIED without prejudice.

/s/ Stephanie L. Haines
Stephanie L. Haines
United States District Judge