UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DYLAN LOPEZ CONTRERAS, | ) ) ) |
| vs. | ) Civil Action No. 3:25-cv-00162 ) ) |
| LEONARD ODDO et al. | ) |

AND NOW, upon consideration of the City of New York's Motion for Leave to File an Amicus Curiae Brief in Support of Petitioner Dylan Lopez Contreras, it is hereby ORDERED that said motion is GRANTED. The City shall file the brief as a separate docket entry.

IT IS SO ORDERED.

Dated: June 10, 2025

_____
United States District Judge