IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DYLAN LOPEZ CONTRERAS, | ) | |
| | ) | Civil Action No. 3:25-cv-162 |
| Petitioner, | ) | |
| | ) | Hon. Stephanie L. Haines |
| v. | ) | U.S. District Judge |
| | ) | |
| LEONARD ODDO, *et al.*, | ) | Hon. Keith A. Pesto |
| | ) | U.S. Magistrate Judge |
| Respondents. | ) | |

## ORDER

On this 25th day of June, 2025, upon consideration of Respondents' Motion for Leave to File a Sur-Reply in Opposition to Petitioner's Motion for a Preliminary Injunction, and any response thereto,

IT IS HEREBY ORDERED that Respondents' Motion is GRANTED, and that the Sur-Reply shall be filed on June 30, 2025.

_____
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record