# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Dylan Lopez Contreras,<br><br>      *Petitioner*,<br><br>     v.<br><br><br>LEONARD ODDO, in his official capacity as the Facility Administrator of the Moshannon Valley Processing Center; BRIAN MCSHANE, in his official capacity as acting Philadelphia Field Office Director for U.S. Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Acting Director U.S. Immigrations and Customs Enforcement; and KRISTI NOEM, in her official capacity as U.S. Secretary of Homeland Security; U.S. Department of Homeland Security; U.S. Immigrations and Customs Enforcement,<br>      *Respondents*. | Case No. Case No. 3:25-cv-00162 |

## ~~[Proposed]~~ Order

The Court hereby GRANT's attorney Diana Yanguas Rosen's Motion to Withdraw as Counsel.

It is so ordered.

March 4, 2026

_____
United States District Court Judge