# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

Dylan Lopez Contreras,

*Petitioner,*

v.

LEONARD ODDO, in his official capacity as the Facility Administrator of the Moshannon Valley Processing Center; BRIAN MCSHANE, in his official capacity as acting Philadelphia Field Office Director for U.S. Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Acting Director of U.S. Immigrations and Customs Enforcement; and KRISTI NOEM, in her official capacity as U.S. Secretary of Homeland Security; U.S. Department of Homeland Security; U.S. Immigrations and Customs Enforcement,

*Respondents.*

No. 3:25-cv-00162

## JOINT STIPULATION TO DISMISSAL WITHOUT PREJUDICE

On March 17, 2026, Respondents released Petitioner from detention, thereby mooting the present habeas petition. The Parties hereby stipulate to dismissal of the above-captioned case without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "The entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *First Nat'l Bank of Toms River, N.J. v. Marine City, Inc.*, 411 F.2d 674, 677 (3d Cir. 1969); *State Nat'l Ins. Co. v. County of Camden*, 824 F.3d 399, 406 (3d Cir. 2016). Accordingly, this stipulation is effective as of filing.

Respectfully submitted,

/s/ Douglas C. Maloney
Douglas C. Maloney
Assistant U.S. Attorney

U.S. Attorney's Office
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Douglas.maloney@usdoj.gov
*Counsel for Respondents*

/s/ Kate Fetrow
Kate Fetrow
Melissa Lim Chua
Lauren Nicole Kostes

New York Legal Assistance Group
100 Pearl Street, 19th Floor
kfetrow@nylag.org
mchua@nylag.org
lkostes@nylag.org
kfetrow@nylag.org

Keith Armstrong (PA 334758)
Witold J. Walczak (PA 62976)
American Civil Liberties Union of
Pennsylvania
P.O. Box 60173
Philadelphia, PA 19102
karmstrong@aclupa.org
vwalczak@aclupa.org

*Pro Bono Counsel for Petitioner*

Date: March 23, 2026

AND NOW, this ___24th___,
day of __March__, 20_26_,
IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE